**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CARITZA LOPEZ On Behalf of** | : | **DOCKET NO. 3:20-CV-01631 (VLB)** |
| **Herself and on Behalf of All Other** | : | |
| **Similarly Situated Individuals,** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ELECTRIC BLUE L.L.C. d/b/a** | : | |
| **ELECTRIC BLUE CAFE,** | : | |
| **DENNING ENTERPRISES, INC. and** | : | |
| **KENNETH DENNING** | : | |
| **Defendants** | : | |

<u>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO Rule 41(a)(1)(A)(i)**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs give notice of the

Dismissal Without Prejudice of the above captioned case.

Respectfully Submitted,

**FOR CARITZA LOPEZ, PLAINTIFF:**

By: <u>/s/ William Rivers Wallace</u>
   William Rivers Wallace, TX Bar No. 24110877
   Hodges & Foty, L.L.P.
   4409 Montrose Blvd., Suite 200
   Houston, TX 77006
   Tel: (713) 523-0001
   Fax: (713) 523-1116
   Email: rwallace@hftrailfirm.com

By: <u>/s/ *Stuart M. Katz, Esq.*</u>
   Stuart M. Katz, Esq.
   Federal Bar No. ct12088
   Cohen and Wolf, P.C.
   115 Broad Street
   Bridgeport, CT 06604
   Tel: (203) 368-0211
   Fax: (203) 337-5505
   Email: skatz@cohenandwolf.com